# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDGAR CRUZ VELEZ,<br>  Plaintiff(s)<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security<br>Administration,<br>  Defendant(s) | CIVIL ACTION NO. 3:13-cv-30032 -MAP |

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS  ORDERED AND ADJUDGED

**JUDGMENT** for the plaintiff Edgar Cruz Velez, against the defendant Carolyn W. Calvin, Acting Commissioner of Social Security Administration, pursuant to the court's memorandum and order entered this date, granting plaintiff's motion to remand for reassessment.

**ROBERT M. FARRELL**,
Acting CLERK OF COURT

Dated: March 24, 2014

/s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk

(Civil Judgment (SSA- Routine - Remand-2)  .wpd - 11/98)
[jgm.]